**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7920**

_____

In Re:  KELLIS DION JACKSON,

Petitioner.

_____

On Petition for Writ of Mandamus.
(CA-02-1109-7)

_____

Submitted:  March 25, 2004          Decided:  March 31, 2004

_____

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Kellis Dion Jackson, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kellis Dion Jackson petitions for writ of mandamus, alleging the district court has unduly delayed acting on his petition for relief under 28 U.S.C. § 2241 (2000). He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court has denied Jackson's § 2241 petition. Accordingly, because the district court has recently decided Jackson's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>